| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Key Harbor LLC | COURT CASE NUMBER<br>1-21-CV-01114-CCB |
|---|---|
| DEFENDANT<br>Technopref Industries Inc. | TYPE OF PROCESS<br>Complaint; Summons. |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Technopref Industries, Inc.; 2017 Carolina Skiff; 2006 Crewboat to Go; and 1988 Crewboat to Go.<br>ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>CSC-Lawyers Incorporating Service Co., 7 St. Paul St., Suite 820, Baltimore, Maryland, 21202. |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 2 |
|---|---|---|
| Andrew H. Vance, 77 E. Main Street, Suite 401, Westminster, MD 21157 | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

The vessels are all moored at 6100 Chemical Road, Curtis Bay, MD, 21226.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>410.386.0727 | DATE<br>5/6/2021 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 37 | District to Serve<br>No. 37 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/7/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>5-19-21 | Time<br>10:15 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

1 Car  2 DUSMS  32 Miles  2 hours

$260.00 + $17.92 = $277.92

($65/hr per deputy) ($0.52/mile)

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 21 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

Form USM-285
Rev. 01/21

UNCLASSIFIED // LES

**U.S. Department of Justice**
United States Marshals Service

# Seized Property and Evidence Control

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**
District of Maryland

**2. RECEIVED FROM (NAME AND ADDRESS):**
KEY HARBOR, LLC dba JAWS MARINE, 6100 CHEMICAL ROAD, CURTIS BAY, MD 21226

| 3. CASE NO.: | 4. CASE TITLE: |
|---|---|
| 1:2021-CV-01114 | KEY HARBOR, LLC dba JAWS MARINE v. 2017 CAROLINA SKIFF, et al.1 |

**5. SUBJECT (NAME AND ADDRESS):**
2017 Carolina Skiff, 2006 Crewboat To Go, 1988 Crewboat To Go ALL LOCATED AT 6100 CHEMICAL ROAD, CURTIS BAY, MD 21226

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE *(Include model, serial no., identifying marks, condition, value, etc.)* | 9. STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 | 2017 CAROLINA SKIFF | 6100 CHEMICAL ROAD, CURTIS BAY, MD 21226 |
| 2 | 1 | 2006 CREWBOAT TO GO | 6100 CHEMICAL ROAD, CURTIS BAY, MD 21226 |
| 3 | 1 | 1988 CREWBOAT TO GO | 6100 CHEMICAL ROAD, CURTIS BAY, MD 21226 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | N |  |
|  |  | O |  |
|  |  | T |  |
|  |  | H |  |
|  |  | I |  |
|  |  | N |  |
|  |  | G |  |
|  |  | FOLLOWS |  |

**ADD ITEM**

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/LES) in the SUBJECT line of the message prior to dissemination via email.

UNCLASSIFIED // LES

UNCLASSIFIED // LES

I certify that I have received and hold myself accountable for the articles listed above.

| 10. NAME: Brad Shys | 11. TITLE: DUSM | 12. AGENCY: USMS |
|---|---|---|
| 13. SIGNATURE: [signed] | | 14. DATE: 5-19-2021 |

**CHAIN OF CUSTODY**

| 15. ITEM NO. | 16. DATE | 17. RELINQUISHED BY | 18. RECEIVED BY | 19. PURPOSE |
|---|---|---|---|---|
| 1 | 5-19-21 | NAME & AGENCY: Brad Shys USMS  SIGNATURE: [signed] | NAME & AGENCY: Thomas Marcella, Marine JAG  SIGNATURE: [signed] | SUBSTITUTE CUSTODIAN |
| 2 | 5-19-21 | NAME & AGENCY: Brad Shys USMS  SIGNATURE: [signed] | NAME & AGENCY: Thomas Marcella, Marine JAG  SIGNATURE: [signed] | SUBSTITUTE CUSTODIAN |
| 3 | 5-19-21 | NAME & AGENCY: Brad Shys USMS  SIGNATURE: [signed] | NAME & AGENCY: Thomas A. Marcella, JAG  SIGNATURE: [signed] | SUBSTITUTE CUSTODIAN |
|  |  | NAME & AGENCY:  SIGNATURE: | NAME & AGENCY:  SIGNATURE: |  |
|  |  | NAME & AGENCY:  SIGNATURE: | NAME & AGENCY:  SIGNATURE: |  |
|  |  | NAME & AGENCY:  SIGNATURE: | NAME & AGENCY:  SIGNATURE: |  |
|  |  | NAME & AGENCY:  SIGNATURE: | NAME & AGENCY:  SIGNATURE: |  |
|  |  | NAME & AGENCY:  SIGNATURE: | NAME & AGENCY:  SIGNATURE: |  |
|  |  | NAME & AGENCY:  SIGNATURE: | NAME & AGENCY:  SIGNATURE: |  |
|  |  | NAME & AGENCY:  SIGNATURE: | NAME & AGENCY:  SIGNATURE: |  |

ADD ITEM

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/LES) in the SUBJECT line of the message prior to dissemination via email.

UNCLASSIFIED // LES

Form USM-102
Rev. 12/17