**The Daily Record**
200 St. Paul Place Suite 2480
Baltimore, Maryland 21202
1 (443) 524-8100
www.thedailyrecord.com

# PUBLISHER'S AFFIDAVIT

Order #: 12006849
Case #:
Description: NOTICE OF ACTION IN REM AND ARREST OF VESSELS

We hereby certify that the annexed advertisement was published in **The Daily Record**, a daily newspaper published in the State of Maryland 1 times on the following dates:

6/4/2021

_____
**Darlene Miller, Public Notice Coordinator**
(Representative Signature)

---

**NOTICE OF ACTION IN REM AND ARREST OF VESSELS**

In accordance with Supplemental Rule C(4) for Certain Admiralty and Maritime Actions of the Federal Rules of Civil Procedure and Local Admiralty Rule (c)(2), notice is hereby given of the arrest of 2017 Carolina Skiff, 2006 Crewboat to Go, and 1988 Crewboat to Go in accordance with a warrant of arrest issued on May 7, 2021 by the United States District Court for the District of Maryland. The caption of the case is *Key Harbor, LLC d/b/a Jaws Marine v. Carolina Skiff 2017 et al.*; the case number is 1:21-01114-CCB. The arrest was conducted on May 17, 2021. Plaintiff Key Harbor, LLC was appointed substitute custodian of the vessels by order of the Court on May 6, 2021 and currently maintains them on its property.

Pursuant to Supplemental Rule (C)(6) and Local Admiralty Rule (c), any person having a claim against a vessel and/or property shall file a claim with the Court not later than fourteen (14) days after process is effected and shall file an answer within twenty-one (21) days from the date of filing their claim. Motions to intervene under Federal Rule of Civil Procedure 24 by persons asserting maritime liens or other interests shall be filed within a time fixed by the Court.

Key Harbor, LLC is located at 6100 Chemical Road, Curtis Bay, Maryland and can be contacted at (410) 354-9100. The office of Andrew H. Vance, Esq., lead counsel for Key Harbor, LLC, is located at 77 East Main Street, Suite 401, Westminster, Maryland 21157 and can be contacted at (410) 386-0727.

je4