**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| KEY HARBOR, LLC d/b/a JAWS MARINE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:21-cv-1114-CCB |
| | ) | |
| 2017 CAROLINA SKIFF, | ) | |
| 2006 CREWBOAT TO GO, | ) | |
| 1988 CREWBOAT TO GO, | ) | |
| | ) | |
| Their equipment, appurtenances, and freights, | ) | |
| Defendants *in rem*, | ) | |
| | ) | |
| TECHNOPREF INDUSTRIES, INC. | ) | |
| | ) | |
| Defendant *in personam*. | ) | |
| | ) | |

## TECHNOPREF INDUSTRIES, INC.'S VERIFIED STATEMENT OF INTEREST

Pursuant to Rule C(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Technopref Industries, Inc. ("Technopref"), through counsel, hereby files this verified statement of interest and rights in the Defendants *in rem* in this action.

1.      Technopref has a claim to, interest in, and rights to the Defendants *in rem* that were arrested pursuant to the Verified Complaint *in rem* filed in this action on May 6, 2021. The basis of Technopref's interest in the Defendants *in rem* is that Technopref is the owner of each and every Defendant *in rem*.

2.      Undersigned counsel is authorized to file this statement of interest on behalf of Technopref.

3.      Technopref will file an answer within 21 days of this statement or such other time as agreed among counsel for the parties.

1

Dated: June 17, 2021

Respectfully submitted,

*/s/ James R. Jeffcoat*
James R. Jeffcoat (Bar No. 20105)
WHITEFORD TAYLOR & PRESTON LLP
Baltimore, Maryland 21202
T: (410) 347-8736
F: (410) 234-2348
jjeffcoat@wtplaw.com

/s/ John Theiss
John Theiss (Application to be admitted Pro Hac Vice to be submitted)
THEISS LAW GROUP PC
1400 112th Avenue SE, Suite 100
Bellevue, WA  98004
Telephone: (206) 795-8000
Facsimile: (833) 422-0237
john@theisslaw.com

*Attorneys for Defendant Technopref Industries, Inc.*

## VERIFICATION BY DECLARATION
## UNDER PENALTY OF PERJURY PURSUANT TO 28 USC § 1746

I, Dorian Beaudouin, being over the age of 18 and competent to make this declaration, hereby declare that I am the Director of Construction of Technopref Industries, Inc.  I have read the foregoing Statement of Interest. I verify and declare under penalty of perjury: (1) that the facts set out in the foregoing are true and correct, and (2) that I have been authorized by Technopref Industries, Inc. to execute this verification on its behalf.  Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of June, 2021, in Arlington, Virginia.

_____
Dorian Beaudouin

## CERTIFICATE OF SERVICE

I certify that on June 17, 2021, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew H. Vance, Esq.
Joshua T. Carback, Esq.
LAW OFFICE OF ANDREW H. VANCE
77 East Main Street, Suite 401
Westminster, Maryland 21157
constructionlaw@verizon.net
P: (410) 386-0727
F: (410) 386-0728
*Attorneys for Key Harbor, LLC*

*/s/ James R. Jeffcoat*